FILED'08 JUN 06 11:18USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LUIS FABELO PLASENCIA,

      Plaintiff,

    v.                          ORDER

DR. CARNEVALE, *et al*,        Civil No.  06-1426-AC

      Defendant.

HAGGERTY, Chief Judge:

    Magistrate Judge Acosta referred to this court a Findings and Recommendation in this action [143].  The Findings and Recommendation recommends that defendant Carnevale's Motion to Dismiss [91] be granted.

    The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B).  *See also* Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is

1    - ORDER

no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pending motion and the underlying record. No clear error appears on the face of the record. The Findings and Recommendation is, therefore, adopted. Accordingly, defendant Carnevale's Motion to Dismiss [91] is GRANTED, as described in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this ⎯6⎯ day of June, 2008.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Ancer L. Haggerty
United States District Judge